1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   JOSE ALFREDO LEAL-GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-09-0191 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| JOSE ALFREDO LEAL-GODINEZ, | ) | Date:  June 22, 2009 |
| | ) | Time:  10:00 a.m. |
| | ) | Judge: Frank C. Damrell, Jr. |
| Defendant. | ) | |

    It is hereby stipulated between the parties, Michael Anderson, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant JOSE ALFREDO LEAL-GODINEZ, that the Status Conference hearing date of June 15, 2009, be vacated and a new Status Conference hearing date of June 22, 2009, at 10:00 a.m. be set.

    This continuance is requested because defense counsel has received the plea offer in this case and needs additional time to review the plea offer with the Mr. Leal-Godinez.

    It is further stipulated that the period from June 15, 2009,

through and including June 22, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 12, 2009               Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Mary. M. French
                                   _____
                                   MARY M. FRENCH
                                   Supervising Assistant
                                   Federal Defender
                                   Attorney for Defendant
                                   JOSE ALFREDO LEAL-GODINEZ

Dated: June 12, 2009               LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/  Mary M. French for
                                        Michael Anderson
                                   _____
                                   MICHAEL ANDERSON
                                   Assistant U.S. Attorney
                                   per telephonic authorization

**IT IS SO ORDERED.**

Dated: June 12, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE