DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALFREDO LEAL-GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S-09-0191 FCD |
|---|---|---|
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| JOSE ALFREDO LEAL-GODINEZ, | ) | Date:  August 10, 2009 |
|  | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Michael Anderson, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant JOSE ALFREDO LEAL-GODINEZ, that the Status Conference hearing date of June 22, 2009, be vacated and a new Status Conference hearing date of August 10, 2009, at 10:00 a.m. be set.

This continuance is requested because defense counsel has received the plea offer in this case and needs additional time to review the plea offer with the Mr. Leal-Godinez.

It is further stipulated that the period from June 22, 2009,

1 through and including August 10, 2009, should be excluded pursuant to
2 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
3 counsel and defense preparation.

4 Dated: June 22, 2009                    Respectfully submitted,

5                                         DANIEL J. BRODERICK
                                          Federal Defender
6
                                          /s/ Mary. M. French
7                                         _____
                                          MARY M. FRENCH
8                                         Supervising Assistant
                                          Federal Defender
9                                         Attorney for Defendant
                                          JOSE ALFREDO LEAL-GODINEZ
10

11 Dated: June 22, 2009                   LAWRENCE G. BROWN
                                          Acting United States Attorney
12
                                          /s/  Mary M. French for
13                                             Michael Anderson

                                          _____
14                                        MICHAEL ANDERSON
                                          Assistant U.S. Attorney
15                                        per telephonic authorization

16

17      **IT IS SO ORDERED.**

18 Dated: June 22, 2009

19                                        _____
                                          FRANK C. DAMRELL, JR.
20                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation and Order                    -2-