```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JOSE ALFREDO LEAL-GODINEZ
 7

 8                      UNITED STATES DISTRICT COURT

 9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  No. 2:09-CR-191-FCD
                                   )
11              Plaintiff,         )  STIPULATION AND ORDER TO CONTINUE
                                   )  STATUS CONFERENCE TO AUGUST 17,
12      v.                         )  2009, AT 10:00 A.M.
                                   )
13  JOSE ALFREDO LEAL-GODINEZ,     )  Date:  August 10, 2009
                                   )  Time:  10:00 a.m.
14              Defendant.         )  Judge: Hon. Frank C. Damrell, Jr.
    _____)
15
```

16      IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Leal, that the Court should vacate the status

19 conference scheduled for August 10, 2009, at 10:00 a.m., and reset it

20 for August 17, 2009, at 10:00 a.m.

21      Counsel for Mr. Leal, who has just become attorney of record,

22 requires the continuance in order to review discovery, and to become

23 familiar with the issues this case presents.  The parties continue to

24 negotiate specific aspects of a resolution.

25      It is further stipulated between the parties that the Court should

26 exclude the period from the date of this order through August 17, 2009,

27

28  STIPULATION AND ORDER              1                    2:09-CR-191-FCD

when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Leal's request for a continuance outweigh the best interest of the public and Mr. Leal in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: July 20, 2009                  Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant

Dated: July 20, 2009                  LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      /s/ M.Petrik for Michael D. Anderson
                                          (consent via email)
                                      _____
                                      MICHAEL D. ANDERSON
                                      Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court further orders time excluded from the date of this order through the status conference on August 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: July 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE