1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   JOSE ALFREDO LEAL-GODINEZ
7

8                      UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  No. 2:09-CR-191-FCD
                                 )
11              Plaintiff,       )  STIPULATION AND ORDER TO CONTINUE
                                 )  STATUS CONFERENCE TO AUGUST 24,
12       v.                      )  2009, AT 10:00 AM
                                 )
13  JOSE ALFREDO LEAL-GODINEZ,   )  Date:   August 17, 2009
                                 )  Time:   10:00 a.m.
14              Defendant.       )  Judge:  Hon. Frank C. Damrell, Jr.
    _____)
15

16      IT IS HEREBY STIPULATED by the parties, through counsel, Michael
17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,
18 attorney for Mr. Leal, that the Court should vacate the status
19 conference scheduled for August 17, 2009, at 10:00 a.m., and reset it
20 for August 24, 2009, at 10:00 a.m.
21      Counsel for Mr. Leal requires the continuance in order to review
22 discovery with Mr. Leal, and compete plea negotiations.  The parties
23 continue to negotiate specific aspects of a resolution.
24      It is further stipulated between the parties that the Court should
25 exclude the period from the date of this order through August 24, 2009,
26 when it computes the time within which the trial of the above criminal
27
28  STIPULATION AND ORDER             1              2:09-CR-191-FCD

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting Mr.
3  Leal's request for a continuance outweigh the best interest of the
4  public and Mr. Leal in a speedy trial, and that this is an appropriate
5  exclusion of time for defense preparation within the meaning of 18
6  U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7  Dated: August 14, 2009                 Respectfully submitted,

8                                         DANIEL BRODERICK
                                          Federal Defender
9
                                          /s/ M.Petrik
10                                        _____
                                          MICHAEL PETRIK, Jr.
11                                        Assistant Federal Defender
                                          Attorneys for Defendant
12

13 Dated: August 14, 2009                 LAWRENCE G. BROWN
                                          Acting United States Attorney
14
                                          /s/ M.Petrik for Michael D. Anderson
15                                            (consent via telephone)
                                          _____
16                                        MICHAEL D. ANDERSON
                                          Assistant U.S. Attorney
17

18                                **ORDER**

19    **IT IS SO ORDERED.**  The Court further orders time excluded from the
20 date of this order through the status conference on August 24, 2009,
21 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

22

23 DATED: August 14, 2009

24
                                          _____
25                                        FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE
26

27

28 STIPULATION AND ORDER                  2                    2:09-CR-191-FCD